United States Bankruptcy Court
Central District of California

Leslie,
    Plaintiff

Adv. Proc. No. 17-01246-RK

Novinger,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-2         User: mbakchell              Page 1 of 1                  Date Rcvd: Jul 12, 2017
                             Form ID: pdf031              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2017.
pla            +Sam S. Leslie,    3435 Wilshire Blvd., Ste. 990,    Los Angeles, CA 90010-1998

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft            C1R DISTRIBUTIONS, LLC, a California limited liabi
dft            C1R, INC., a California corporation
intp           Courtesy NEF
dft            RASCAL VIDEO, LLC, a California limited liability
dft            Robert Novinger
                                                                                         TOTALS: 5, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2017 at the address(es) listed below:
      Christian T Kim    on behalf of Trustee Sam S Leslie (TR) ckim@dumas-law.com,
       ckim@ecf.inforuptcy.com
      Christian T Kim    on behalf of Plaintiff Sam S. Leslie ckim@dumas-law.com,
       ckim@ecf.inforuptcy.com
      Henry Glowa    on behalf of Interested Party    Courtesy NEF henry@henryglowa.com,
       henry@ecf.inforuptcy.com
      S. Christopher Winter    on behalf of Defendant    C1R DISTRIBUTIONS, LLC, a California limited
       liability company kw@winterlaw.us
      S. Christopher Winter    on behalf of Defendant    C1R, INC., a California corporation
       kw@winterlaw.us
      S. Christopher Winter    on behalf of Defendant Robert  Novinger kw@winterlaw.us
      S. Christopher Winter    on behalf of Defendant    RASCAL VIDEO, LLC, a California limited
       liability company kw@winterlaw.us
      Sam S Leslie (TR)    sleslie@trusteeleslie.com,
       sleslie@ecf.epiqsystems.com;trustee@trusteeleslie.com
      United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                              TOTAL: 9

S. Christopher Winter (CSB #190474)
kw@winterlaw.us
**LAW OFFICE OF S. CHRISTOPHER WINTER**
5455 Wilshire Blvd, Suite 1505
Los Angeles, California 90036
Telephone:    (323) 538-0498
Facsimile:    (310) 388-5803

Attorneys for Defendants
ROBERT NOVINGER, C1R, INC.,
C1R DISTRIBUTION, LLC and RASCAL VIDEO, LLC

**FILED & ENTERED**

JUL 12 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell   DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JEFFERSON HOWARD HITCHCOCK,<br><br>    Debtor.<br><br>———————————————<br><br>SAM S. LESLIE, as Chapter 7 Trustee of the Estate of Jefferson Howard Hitchcock,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT NOVINGER; an individual; C1R DISTRIBUTION, LLC, a California limited liability company; C1R, Inc., a California corporation; RASCAL VIDEO, LLC, a California limited liability company,<br><br>    Defendants. | CHAPTER 7<br><br>Case No. 2:15-bk-16468-RK<br><br>ADV. No. 2:17-ap-01246-RK<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS COMPLAINT PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>**Hearing:**<br><br>Date:    July 11, 2017<br>Time:    3:30 p.m.<br>Location:    255 East Temple St.<br>        Courtroom 1675<br>        Los Angeles, CA 90012<br><br>Judge:    Hon. Robert N. Kwan |

//
//

- 1 -

A hearing was held on July 11, 2017 at 3:30 p.m. on Defendants' Motion to Dismiss Complaint Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure ("Motion"). Appearances were noted on the record. Based upon the findings and conclusions made at the hearing and set forth in the court's tentative ruling (see attachment below), IT IS ORDERED that the Motion is granted, and the Complaint is dismissed with leave to amend. Plaintiff shall have sixty (60) days from the date of entry of this order to serve and file an amended Complaint.

###

Date: July 12, 2017

_____
Robert Kwan
United States Bankruptcy Judge

- 2 -

ATTACHMENT

TENTATIVE RULING FOR HEARING ON JULY 11, 2017

Grant motion to dismiss for the reasons stated in the moving papers, but either dismiss without prejudice or with leave to amend since this is the first complaint. The reason for dismissal without prejudice is that it appears that plaintiff's statement that he intends to seek leave to add a claim for involuntary dissolution of nondebtor entities under state law is not well-taken because this court lacks jurisdiction over such state law matters. Plaintiff would have to first obtain dissolution of those nondebtor entities before pressing claims on behalf of the party entitled to assert claims belonging to those entities. Appearances are required on 7/11/17.